■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE MONK, Appellant. [997 NYS2d 914]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 15, 2008 (*People v Monk*, 50 AD3d 925 [2008]), affirming a judgment of the County Court, Rockland County, rendered November 15, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Mastro, Skelos and Leventhal, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CEDRIC RAMSEY, Appellant. [998 NYS2d 640]—On the Court's own motion, the decision and order of this Court dated December 10, 2014 (*People v Ramsey*, 2014 NY Slip Op 08668 [2d Dept 2014]), is recalled and vacated, and the following decision and order is substituted therefor:

Application by the appellant, inter alia, for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 4, 2008 (*People v Ramsey*, 49 AD3d 565 [2008]), affirming a judgment of the County Court, Dutchess County, rendered January 16, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Hinds-Radix, Duffy and LaSalle, JJ., concur.